**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUMBERTO ROMERO,                           ) NO. EDCV 10-1611-GAF (MAN)
                                           )
                Petitioner,                )
                                           )
      v.                                   ) JUDGMENT
                                           )
LELAND McEWAN,                             )
                                           )
                Respondent.                )
_____   )


        Pursuant to the Court's Order Accepting Findings and
Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that this action is dismissed with prejudice.


DATED: <u>February 14, 2012</u>


                                    _____
                                              GARY A. FEESS
                                    UNITED STATES DISTRICT JUDGE